HONORABLE RONALD B. LEIGHTON

10-CV-05879-ORD

FILED LODGED RECEIVED
APR 14 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL JERRI JAMES,<br><br>Petitioner/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent/Plaintiff. | CASE NO. C10-5879RBL<br><br>CR08-5264RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Compel Prior Counsel to Supply Defendant's Case File and Second Motion for an Extension of Time to File an Amended § 2255 Motion [Dkt. #10]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant seeks an order compelling his prior counsel to provide Defendant his case file from his criminal case in order to prepare an amended § 2255 motion. He also seeks another extension to file his amended § 2255 motion. The Court notes that Defendant has filed a Notice of Appeal of the Judgment revoking his supervised release. The Ninth Circuit has allowed his counsel to withdraw and appointed new counsel to prosecute the appeal. The § 2255 motion

ORDER- 1

1 challenges the imposition of a term of supervised release that ultimately was revoked and is the
2 subject of his current appeal.

3 Based on concepts of judicial economy and due to concerns about the risk of inconsistent
4 decisions, this Court should not entertain a collateral attack on a judgment while a direct appeal
5 is pending absent "extraordinary circumstances" not present here. *United States v. Deeb*, 944
6 F.2d 545, 548 (9th Cir. 1991); *United States v. Taylor*, 648 F.2d 565, 572 (9th Cir. 1981).
7 Therefore, Defendant's § 2255 Motion is hereby **STAYED** pending conclusion of his direct
8 appeal of the Judgment revoking his supervised release.

9 Because the Defendant's § 2255 Motion is no longer pending, he does not have a need
10 for his case file from his prior attorney. The Ninth Circuit has appointed new counsel for the
11 appeal who may, if needed, obtain the file from prior counsel. If so, the Defendant has access to
12 the file without the necessity of this Court directing prior counsel to provide it directly to the
13 Defendant.

14 Defendant's Motion to Compel Prior Counsel to Supply Defendant's Case File is
15 **DENIED** and Defendant's Second Motion for an Extension of Time to File an Amended § 2255
16 Motion is **DENIED** as **MOOT**. Defendant's § 2255 Motion is **STAYED** pending conclusion of
17 his direct appeal.

18 **IT IS SO ORDERED.**

19 The Clerk shall send uncertified copies of this order to all counsel of record, and to any
20 party appearing pro se.

21 Dated this 14 day of April, 2011.

Ronald B. Leighton
United States District Judge